DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ESTIME** and **SIMONE ESTIME,**
Appellants,

v.

**U.S. BANK N.A.,** Successor Trustee to **BANK OF AMERICA, N.A.,**
Successor In Interest to **LASALLE BANK, N.A.,** As Trustee, On Behalf of
The Holders of The **WAMU MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-AR 15,**
Appellee.

No. 4D20-358

[July 29, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis Bailey, Judge; L.T. Case No. 17-003633 CACE (11).

James Jean-Francois of Law Offices of James Jean-Francois, P.A., Hollywood, for appellants.

Christopher N. Bellows of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***